IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN PORTILLO,<br><br>Defendant. | Case No.  2:25-mj-03664<br><br>**ORDER OF DETENTION** |

On June 16, 2025, Defendant Bryan Portillo made his initial appearance in this district on the Indictment filed in the Eastern District of New York.  A detention hearing was conducted.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1  device or any other dangerous weapon, or a failure to register under 18
2  U.S.C. § 2250.
3      The Court finds that no condition or combination of conditions will
4  reasonably assure:
5      ☒ the appearance of the Defendant as required.
6      ☒ the safety of any person or the community.
7  The Court has considered the following:
8  (a) the nature and circumstances of the offense(s) charged, including
9  whether the offense is a crime of violence, a Federal crime of terrorism,
10 or involves a minor victim or a controlled substance, firearm, explosive,
11 or destructive device;
12 (b) the weight of evidence against the Defendant;
13 (c) Defendant's history and characteristics; and
14 (d) the nature and seriousness of the danger to any person or the
15 community.
16 See 18 U.S.C. § 3142(g)  The Court also considered all the evidence adduced
17 at the hearing,  the arguments of counsel, and the report and
18 recommendation of the U.S. Pretrial Services Agency.
19     The Court bases its conclusions on the following:
20     As to risk of non-appearance:
21     ☒   Defendant has two additional dates of birth and two
22 possible aliases associated to him.
23     ☒   Defendant has an outstanding warrant issued September 6,
24 2023 from the New York City Police Department for kidnapping and a
25 restraining order issued by the NYPD on September 28, 2925 that has no
26 expiration date.
27     ☒   Background largely unverified.
28

2

As to danger to the community:

    ☒    Active restraining order, as discussed above.

    ☒    Seriousness of the allegations, Interference with Commerce by Threats of Violence.

It is therefore ORDERED that Defendant Bryan Portillo be detained until trial and be transported to the United States District Court for the Eastern District of New York for further proceedings. Government counsel is directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. See 18 U.S.C. § 3142(i).

Dated: June 16, 2025

# PATRICIA DONAHUE

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE